**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| United States of America : | |
| *ex rel.* Joseph Ibanez, *et al.*, : | Case No.: 1:11 CV 029 |
| : | |
| : | Judge William O. Bertelsman |
| : | |
| vs. : | |
| : | |
| Bristol-Myers Squibb Company, : | |
| *et al.*, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEAL

On January 28, 2016, the Court granted the Unopposed Motion for Rule 54(b) Certification (Doc. 98) and amended its Orders of September 24, 2015 (Doc. 97) and March 27, 2015 (Doc. 73) to state that that, under Fed. R. Civ. P. 54(b), they operate in concert as final judgments as to Relators' *qui tam* claims, with no just cause for delay in an appeal of those Orders (Doc. 102). Notice is hereby given that Relators Joseph Ibanez and Jennifer Edwards (formerly Derrick) hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgments entered in this action on Relators' *qui tam* claims (Docs. 73 and 97).

Respectfully submitted,

 /s/ Jennifer M. Verkamp
Jennifer M. Verkamp (0067198)
Frederick M. Morgan, Jr. (0027687)
Morgan Verkamp LLC
35 E. 7th St., Suite 600
Cincinnati, OH 45202
Tel : (513) 651-4400
Fax : (513) 651-4500
Email: jverkamp@morganverkamp.com

2

        David J. Chizewer
        William C. Meyers
        Courtney R. Baron
        Goldberg Kohn Ltd.
        55 E. Monroe, Suite 3300
        Chicago, IL 60603
        Tel : (312) 201-4000
        Fax : (312) 332-2196
        Email:  david.chizewer@goldbergkohn.com

        *Counsel for Relators*

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of February, 2016, a copy of the foregoing was served on all counsel of record through the United States District Court for the Southern District of Ohio's electronic filing system.

    /s/ Jennifer M. Verkamp
Jennifer M. Verkamp, Esq.